PUBLIC VERSION

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PLAINTIFF NO. 1

PLAINTIFF NO. 2

PLAINTIFF NO. 3

PLAINTIFF NO. 4

PLAINTIFF NO. 5

PLAINTIFF NO. 6

PLAINTIFF NO. 7

PLAINTIFF NO. 8

PLAINTIFF NO. 9

PLAINTIFF NO. 10

PLAINTIFF NO. 11

PLAINTIFF NO. 12

PLAINTIFF NO. 13

PLAINTIFF NO. 14

PLAINTIFF NO. 15

PLAINTIFF NO. 16

PLAINTIFF NO. 17

PLAINTIFF NO. 18

PLAINTIFF NO. 19

PLAINTIFF NO. 20

PLAINTIFF NO. 21

**PUBLIC VERSION**

PLAINTIFF NO. 22

PLAINTIFF NO. 23

PLAINTIFF NO. 24

PLAINTIFF NO. 25

PLAINTIFF NO. 26

PLAINTIFF NO. 27

PLAINTIFF NO. 28

PLAINTIFF NO. 29

PLAINTIFF NO. 30

PLAINTIFF NO. 31

PLAINTIFF NO. 32

PLAINTIFF NO. 33

PLAINTIFF NO. 34

PLAINTIFF NO. 35

PLAINTIFF NO. 36

PLAINTIFF NO. 37

PLAINTIFF NO. 38

PLAINTIFF NO. 39

PLAINTIFF NO. 40

PLAINTIFF NO. 41

PLAINTIFF NO. 42

PLAINTIFF NO. 43

PLAINTIFF NO. 44

**PUBLIC VERSION**

PLAINTIFF NO. 45

PLAINTIFF NO. 45

PLAINTIFF NO. 47

PLAINTIFF NO. 48

PLAINTIFF NO. 49

PLAINTIFF NO. 50

PLAINTIFF NO. 51

PLAINTIFF NO. 52

PLAINTIFF NO. 53

PLAINTIFF NO. 54

PLAINTIFF NO. 55

PLAINTIFF NO. 56

PLAINTIFF NO. 57

PLAINTIFF NO. 58

PLAINTIFF NO. 59

PLAINTIFF NO. 60

PLAINTIFF NO. 61

PLAINTIFF NO. 62

PLAINTIFF NO. 63

PLAINTIFF NO. 64

PLAINTIFF NO. 65

PLAINTIFF NO. 66

PLAINTIFF NO. 67

PLAINTIFF NO. 68

PLAINTIFF NO. 69

PLAINTIFF NO. 70

PLAINTIFF NO. 71

PLAINTIFF NO. 72

PLAINTIFF NO. 73

PLAINTIFF NO. 74

PLAINTIFF NO. 75

PLAINTIFF NO. 76

PLAINTIFF NO. 77

PLAINTIFF NO. 78

PLAINTIFF NO. 79

PLAINTIFF NO. 80

PLAINTIFF NO. 81

PLAINTIFF NO. 82

PLAINTIFF NO. 83

PLAINTIFF NO. 84

PLAINTIFF NO. 85

PLAINTIFF NO. 86

PLAINTIFF NO. 87

PLAINTIFF NO. 88

PLAINTIFF NO. 89

PLAINTIFF NO. 90

**PUBLIC VERSION**

PLAINTIFF NO. 91

PLAINTIFF NO. 92

PLAINTIFF NO. 93

PLAINTIFF NO. 94

PLAINTIFF NO. 95

PLAINTIFF NO. 96

PLAINTIFF NO. 97

PLAINTIFF NO. 98

PLAINTIFF NO. 99

PLAINTIFF NO. 100

PLAINTIFF NO. 102

PLAINTIFF NO. 103

PLAINTIFF NO. 104

PLAINTIFF NO. 105

PLAINTIFF NO. 106

PLAINTIFF NO. 107

PLAINTIFF NO. 108

PLAINTIFF NO. 109

PLAINTIFF NO. 110

PLAINTIFF NO. 111

PLAINTIFF NO. 112

PLAINTIFF NO. 113

PLAINTIFF NO. 114

**PUBLIC VERSION**

PLAINTIFF NO. 115

PLAINTIFF NO. 116

PLAINTIFF NO. 117

PLAINTIFF NO. 118

PLAINTIFF NO. 119

PLAINTIFF NO. 120

PLAINTIFF NO. 121

PLAINTIFF NO. 122

PLAINTIFF NO. 123

PLAINTIFF NO. 124

PLAINTIFF NO. 125

PLAINTIFF NO. 126

PLAINTIFF NO. 127

PLAINTIFF NO. 128

PLAINTIFF NO. 129

PLAINTIFF NO. 130

PLAINTIFF NO. 131

PLAINTIFF NO. 132

PLAINTIFF NO. 133

PLAINTIFF NO. 134

PLAINTIFF NO. 135

PLAINTIFF NO. 136

PLAINTIFF NO. 137

**PUBLIC VERSION**

PLAINTIFF NO. 138

PLAINTIFF NO. 139

PLAINTIFF NO. 140

PLAINTIFF NO. 141

PLAINTIFF NO. 142

PLAINTIFF NO. 143

PLAINTIFF NO. 144

PLAINTIFF NO. 145

PLAINTIFF NO. 146

PLAINTIFF NO. 147

PLAINTIFF NO. 148

PLAINTIFF NO. 149

PLAINTIFF NO. 150

PLAINTIFF NO. 151

PLAINTIFF NO. 152

PLAINTIFF NO. 153

PLAINTIFF NO. 154


individually and on behalf of themselves and
similarly situated individuals employed by
Defendant,

                Plaintiffs,

     v.

UNITED STATES OF AMERICA,

PUBLIC VERSION

Defendant.

Case No. _____

## COLLECTIVE ACTION COMPLAINT UNDER THE FAIR LABOR STANDARDS ACT, THE BACK PAY ACT, AND OTHER FEDERAL LAWS AND REGULATIONS

### INTRODUCTION

1.    This civil action arises from the continuing failure of the Federal Bureau of Investigation (FBI) to achieve compliance with the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* Rather than pay time-and-one half overtime pay to non-exempt employees, the FBI has misused compensatory time—a form of paid leave that may be requested by employees as a substitute for overtime pay—to deprive employees of legally mandated overtime pay.

2.    The plaintiffs are 154 present and former employees of the FBI who have occupied one or more of the following job titles during the three years prior to the filing of this complaint: Intelligence Analyst, Investigative Specialist, Language Specialist, English Monitor Analyst, Victim Specialist, Surveillance Specialist, and Staff Operations Specialist.

3.    For decades, the FBI classified employees in the foregoing job titles as exempt from the FLSA. In 2018, undersigned counsel began filing lawsuits in this Court on behalf of FBI employees in those job titles, challenging the exempt classification. In the wake of the lawsuits, the FBI re-classified all of the positions as FLSA non-exempt. Nearly all of the lawsuits

**PUBLIC VERSION**

were subsequently dismissed with prejudice by agreement of the parties under Rule

41(a)(1)(A)(ii) of this Court.[1]

4.     Despite re-classifying the positions as non-exempt, the FBI has failed to come

into compliance with the FLSA. Instead, it has deprived Plaintiffs of overtime wages through

pervasive abuses of compensatory time, also known as "comp time."

5.     Compensatory time is a form of paid leave. In certain limited circumstances set

forth in 5 U.S.C. § 5543, compensatory time may serve as a legitimate substitute for overtime

pay under FLSA. An employee who works overtime may receive one hour of compensatory time

for each hour of overtime worked, and may then take an hour off work.

6.     Because compensatory time is an exception to the ordinary FLSA rule requiring

that employees be paid wages at time and one-half for their overtime work, its use is strictly

limited by statute and regulation. Federal agencies may provide compensatory time as a

substitute for FLSA overtime pay only at the request of an employee. *See* 5 U.S.C. § 5443(b); 5

U.S.C. §§ 6120-6128; 5 C.F.R. § 551.531(a)–(b). Agencies may not require employees to accept

or work for compensatory time, nor can agencies directly or indirectly coerce employees into

accepting compensatory time in lieu of overtime pay. *See* 5 U.S.C. § 5443(b); 5 U.S.C. § 6123; 5

---

[1]     *Plaintiff No. 1 et al., v. United States*, Case No. 18-0393C (Ct. Fed. Cl. 2018) (Investigative Specialists); *Doe No. 1, et al., v. United States*, Case No. 19-0150C (Ct. Fed. Cl. 2019) (Intelligence Analysts); *Doe No. 1, et al., v. United States*, Case No. 19-0152C (Ct. Fed. Cl. 2019) (Staff Operation Specialists); *Plaintiff No. 1, et al., v. United States*, Case No. 19-0844C (Ct. Fed. Cl. 2019) (Surveillance Specialists); *Doe No. 1 v. United States*, Case No. 19-1748C (Ct. Fed. Cl. 2019) (Language Specialists); *Doe No. 1, et al., v. United States*, Case No. 19-1749C (Ct. Fed. Cl. 2019) (English Monitor Analysts); *Doe No. 1, et al., v. United States*, Case No. 19-1878C (Ct. Fed. Cl. 2019) (Victim Specialists); *Plaintiff No. 1, et al., v. United States*, Case No. 20-0167C (Ct. Fed. Cl. 2020) (Investigative Specialists); *Doe No. 1, et al. v. United States*, Case No. 20-0631C (Ct. Fed. Cl. 2020) (Intelligence Analysts); *Doe No. 1, et al., v. United States*, Case No. 20-0822C (Ct. Fed. Cl. 2020) (Staff Operation Specialists); *Doe No. 1, et al., v. United States*, Case No. 21-1659C (Ct. Fed. Cl. 2021) (Victim Specialists).

**PUBLIC VERSION**

C.F.R. § 551.531(c). In short, employees cannot be compensated with compensatory time off unless they voluntarily request it in substitution for receiving overtime pay at time and one-half.

7.      The FBI, however, has failed to comply with these requirements. Plaintiffs and other FBI employees are subject to a widespread policy and practice across the agency of requiring and coercing employees to work overtime hours in exchange for compensatory time off in violation of FLSA and 5 U.S.C. § 5543 and 5 U.S.C. §§ 6120-6128.

8.      For example, FBI supervisors frequently advise employees that compensatory time is the only overtime compensation available to them, that the FBI lacks funds to pay them time and one-half for overtime work, and that plaintiffs and others are obligated to work for compensatory time instead.

9.      FBI supervisors also routinely—and incorrectly—inform employees that FLSA overtime pay is limited to certain unique activities or duties, or by certain "caps," or that overtime pay requires advance approval so that it is not available in connection with last minute or emergency matters, and that compensatory time is therefore the only available form of compensation. These statements mislead employees and cause and coerce them into working for compensatory time, rather than receiving the time-and-one-half in pay to which they are entitled under FLSA.

10.      Moreover, after receiving compensatory time credits, employees are entitled to either use their compensatory time credits to obtain time off within the next 26 pay periods, or have it paid to them thereafter in cash, at time and one-half under 5 C.F.R. § 551.531(d) and (g). Here, again, the FBI prevents employees from exercising their rights to obtain FLSA overtime pay. To avoid paying employees for their overtime work, the FBI applies a policy requiring compensatory time to be used before other forms of leave, such as annual leave. This policy

makes it difficult or impossible for employees to have their compensatory time paid out. Worse still, because annual leave is subject to "use or lose"—meaning that annual leave exceeding a cap is forfeited at the end of each year—this policy sometimes results in employees both losing their right to cash out compensatory time *and* losing annual leave that could otherwise have been used before it was forfeited.

11.     Plaintiffs bring this action on behalf of themselves and other similarly situated FBI employees, to seek to remedy the FBI's pervasive and continuing abuse of compensatory time. They seek back pay, liquidated damages, interest, attorneys' fees, expenses, costs and other relief pursuant to the FLSA, the Back Pay Act, 5 U.S.C. § 5596, the Tucker Act, 28 U.S.C. § 1491(a)(1) and (2); and other applicable federal laws and regulations.

## PARTIES

12.     A list of the names of the Plaintiffs and job titles which corresponds to the Plaintiff numbers which appear on this Complaint filed herein is attached as Exhibit A. Exhibit B to this Complaint contains the 154 Consent Forms of those Plaintiffs as required under FLSA.

13.     Defendant United States and its agency, FBI, are, and at all material times have been "public agencies" and "employers" of Plaintiffs within the meaning of FLSA.

## JURSIDICTION AND VENUE

14.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 5596, 28 U.S.C. § 1491(a)(1)–(2) and 29 U.S.C. § 216(b).

15.     Further, this Court has jurisdiction under 28 U.S.C. § 1491(a)(2) to issue declaratory, injunctive, and other relief sought herein in that actual controversies exist between the parties regarding actions and failures to act by Defendant and FBI under the FLSA and

PUBLIC VERSION

otherwise. This Court is entitled to grant such relief and remedies under 28 U.S.C. § 1491(a)(2), which are "an incident of and collateral to" money judgments entered herein.

16.     Venue is proper in this Court pursuant to 28 U.S.C. § 1491(a)(1).

## STATUTORY AND REGULATORY BACKGROUND

17.     The FLSA's overtime provisions as applied in the federal sector generally require that FLSA non-exempt employees be paid at least one and one-half times their FLSA regular rate for each overtime hour worked after 8 hours each day or 40 hours per work week. 5 C.F.R. § 551.501.

18.     Federal law authorizes federal agencies, "on request of an employee," to grant compensatory time off to employees who work overtime in lieu of FLSA overtime pay. *See* 5 U.S.C. § 5543(a)(1); 5 U.S.C. §§ 6121-6128; *accord* 5 C.F.R. § 551.531(a)–(b).

19.     Under 5 U.S.C. § 5543(a)(1), compensatory time off may be granted by an agency in lieu of time and one -half in overtime pay for irregular or occasional overtime upon the request of an FLSA non-exempt employee.  Under 5 U.S.C. §6123(a)(1), compensatory time off may be granted by an agency in lieu of time and one-half in overtime payment for overtime hours worked, whether or not irregular or occasional in nature, upon the request of an FLSA non-exempt employee.

20.     Under Regulations of the Office of Personnel Management (OPM), federal employees may not "directly or indirectly intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any other employee for the purpose of interfering with such employee's rights to request or not to request compensatory time off in lieu of payment for overtime hours." 5 C.F.R. § 551.531(c).

21.     An agency such as FBI has no legal obligation to grant an employee's request for

PUBLIC VERSION

compensatory time.  But once compensatory time has been granted, the employee has another

choice: the employee can either "take[]" the time off within 26 pay periods, or have it paid in the

amount "the employee otherwise would have received for hours of the pay period during which

compensatory time off was earned by performing overtime work." 5 C.F.R. § 551.531. *Doe v.*

*United States*, 513 F.3d 1348, 1359 (Fed. Cir. 2008) (noting that recipients of compensatory time

"are free to elect to receive monetary compensation for their overtime at a rate of one and one-

half times their regular rate of pay instead of using their compensatory time for time off from

work").

22.    Finally, agencies may not "require an employee to be compensated for overtime

work" with compensatory time. 5 U.S.C. § 5543(b).

## FACTUAL ALLEGATIONS

23.    The FBI violates the FLSA and corresponding regulations by ordering, directing

or otherwise coercing the Plaintiffs to work overtime for compensatory time which they have not

freely requested as required under 5 U.S.C. § 5543.  Further, the FBI has required and coerced

Plaintiffs to exhaust their accrued compensatory time credits to obtain time-off rather than

having it paid to them in cash after 26 pay periods.

24.    FBI supervisors routinely mislead, coerce, direct and order employees to work

overtime for compensatory time by wrongly instructing them that overtime pay is not available

for various reasons, including the following:

> a.    Overtime work must be approved in advance—even for employees whose
>       overtime work is unplanned and unscheduled—and that in the absence of
>       such approval, compensatory time is the only available compensation for
>       overtime work. *Contra* 5 C.F.R. § 551.104 (providing that work is

PUBLIC VERSION

"suffered or permitted," and thus compensable with FLSA overtime pay, when "the employee's supervisor knows or has reason to believe that the work is being performed and has an opportunity to prevent the work from being performed").

b. The FBI lacks funds to pay overtime, so that compensatory time off is the only available compensation for overtime work.

c. Overtime pay is reserved for specific duties, and when performing other duties, compensatory time off is the only available compensation for overtime work. No such limitation exists under the FLSA.

d. Compensatory time off is the only available compensation for travel, even when such travel constitutes compensable work under the FLSA. *Contra* 5 C.F.R. § 551.422 (providing that certain travel is compensable with overtime pay under the FLSA).

25.    While dispensing these false and misleading instructions to Plaintiffs and others, FBI supervisors have also required employees to perform overtime work in exchange for compensatory time.

26.    In addition, the FBI has subjected Plaintiffs and others to a policy requiring use of compensatory time before other forms of leave, thus coercing Plaintiffs to be compensated with such time off even when they would prefer to wait 26 pay periods and have their compensatory time paid out in cash at time and one-half, and use annual leave to obtain time-off.

27.    The unlawful practice described in the foregoing paragraph has sometimes resulted in the forced forfeiture of other leave, such as annual leave, which certain Plaintiffs would prefer to use and which expires after a particular time period.

PUBLIC VERSION

28.     Each Plaintiff has been subjected to one or more of the policies and practices set forth in Paragraphs 23-27, through which the FBI routinely has wrongfully and willfully denied Plaintiffs and others FLSA overtime pay. These policies and practices collectively constitute an overriding FBI policy of wrongfully forcing its employees to accept compensatory time as compensation for overtime work in lieu of FLSA overtime pay, resulting in substantial underpayments of FLSA overtime pay to Plaintiffs and others.

## COLLECTIVE ACTION ALLEGATIONS

29.     Plaintiffs bring this action on behalf of themselves and others ("the Class"), which is defined as follows: all current and former FLSA non-exempt FBI employees who have occupied one of the job titles set forth in Paragraph 2 of this Complaint within the statute of limitations set forth in 29 U.S.C. § 255 and who, while occupying such a position within the statute of limitations, have been subject to the FBI's policy of requiring employees to accept compensatory time for overtime work.

30.     A collective action is the most efficient way to resolve the Class members' FLSA overtime claims, which involve common issues of law and fact.

31.     Defendant and FBI have the capacity to provide Plaintiffs' counsel with Class members' home and email addresses, and the FBI has the ability to post notices at FBI offices, for the purposes of providing existing employees and new hires with notice of this collective action and their right to join as Plaintiffs.

32.     Plaintiffs reserve the right to seek to redefine the collective prior to moving for notice and certification or thereafter, as necessary.

## COUNT I

**Unlawful conduct preventing employees from receiving overtime pay under the FLSA and related statutes and**

PUBLIC VERSION

**regulations.**

33.    Plaintiffs incorporate herein all of the foregoing allegations of this Complaint.

34.    Defendant and its agent, FBI, wrongfully and willfully have withheld and denied FLSA overtime compensation at time and one-half due Plaintiffs and others by requiring, and otherwise coercing them to accept compensatory time-off in lieu of overtime pay for working overtime, in violation of 29 U.S.C. § 207(a); 5 U.S.C. § 5543(a)(1); 5 U.S.C. §§ 6121-6123; and 5 C.F.R. § 551.531.

35.    As a result of the wrongful and willful violations by Defendant and its officers and agents as alleged in the claims specified herein, there is due and owing to Plaintiffs and all others, various amounts of back pay, liquidated damages, interest,  costs, expenses and attorneys' fees.

## COUNT II

**Unlawful coercion preventing employees from receiving
monetary compensation for unused compensatory time
credits under the FLSA and related statutes and
regulations.**

36.    Plaintiffs incorporate herein all of the foregoing allegations of this Complaint.

37.    Defendant wrongfully and willfully has withheld and denied FLSA overtime compensation at time and one-half due Plaintiffs and others by requiring the use of Plaintiffs' and others' compensatory time credits to obtain time off, thus preventing Plaintiffs and others from exercising their right to receive monetary compensation for their compensatory time if unused during 26 pay periods after they were earned, under FLSA and 5 U.S.C. § 5543(b) and 5 C.F.R. § 551.531(d) and (g).

38.    As a result of the wrongful and willful violations by Defendant and its officers and agents as alleged in the claims specified herein, there is due and owing to Plaintiffs and all others, various amounts of back pay, liquidated damages, interest, expenses, costs and attorneys' fees.

PUBLIC VERSION

39.     In addition, as a result of this policy, Defendant has caused Plaintiffs and others to lose annual leave under Defendant and FBI's "use or lose" and other leave policies. Therefore, Plaintiffs are entitled to have such lost leave be paid to them or restored to them under 5 U.S.C. § 6304, the Back Pay Act, and otherwise.

## COUNT III

### Back Pay Act

40.     Plaintiffs incorporate herein all of the foregoing allegations of this Complaint.

41.     The violations described in Counts I and II, and elsewhere in the Complaint, constitute reductions in pay through unjustified personnel actions under 5 U.S.C. § 5596.

42.     Plaintiffs are entitled to backpay, interest, attorneys' fees and costs under 5 U.S.C. § 5596.

### PRAYERS FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court:

a)     Require Defendant and its agent, FBI, to provide information necessary for Plaintiffs to send appropriate notices of this action to all members of the Class, and require Defendant to post such notices in all of its employees' workplaces so that employees and new hires may receive notice of the filing of this action and of their right to join as plaintiffs;

b)     Order Defendant and FBI, subject to rules and regulations to be established by this Court which conform with the FLSA and other applicable laws, including 28 U.S.C. § 2507, and 28 U.S.C. § 1491(a)(2), to order a full, complete and accurate accounting of all back overtime wages, premium and other pay, leave, and excused and other paid absence compensation, and benefits, interest, and liquidated damages due and owing to Plaintiffs, and all

PUBLIC VERSION

other Class members as is sought herein, which is due not more than 30 days before the date on which the judgment herein is paid; and

      c)      Award Plaintiffs and all other Class members such back pay, premium pay, liquidated damages, and interest under the FLSA and the Back Pay Act from the date of the wrongful denial of such pay and entitlements until a date not more than 30 days before the date on which the judgment herein is paid, and costs and expenses as are due and owing to them by Defendant under applicable federal laws and regulations; and

      d)      Award Plaintiffs and all other Class members appropriate compensation for their lost leave as alleged in paragraph 28 above and/or the restoration of such leave under 5 U.S.C. § 6304;

      e)      Issue an Order under 28 U.S.C. § 1491(a)(2) requiring FBI forthwith to comply fully and strictly with its obligations as an employer under the FLSA, subject to oversight by the Inspector General of the United States Department of Justice, the Office of Personnel Management and counsel for Plaintiffs;

      f)      Award Plaintiffs reasonable attorneys' fees, costs and expenses to be paid by Defendant under the FLSA, the Back Pay Act, 5 U.S.C. § 5596, and the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B); and

      g)      Issue a Call upon Defendant pursuant to 28 U.S.C. § 2507, requiring Defendant and FBI to produce information, documents, records and papers of Defendant and FBI establishing Defendant's liability herein; and

      h)      Enter a judgment to the foregoing effects; and

      i)      Grant Plaintiffs and others such additional relief as the Court deems just and proper.

**PUBLIC VERSION**

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (Counsel of Record)
Alice C. Hwang
Charlotte H. Schwartz
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
dmrosenthal@jamhoff.com
achwang@jamhoff.com
chschwartz@jamhoff.com

Jules Bernstein
Linda Lipsett
Bernstein & Lipsett, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 296-1798
(202) 496-0555 facsimile
chouse@bernsteinlipsett.com

*Attorneys for Plaintiff*

Dated: June 27, 2023

PUBLIC VERSION

# EXHIBIT A

PUBLIC VERSION

**EXHIBIT A**

*Plaintiff No. 1, et al. v. United State*s, List of Plaintiffs

| PLAINTIFF NO. | LNAME | FNAME | MNAME | CITY/STATE | JOB TITLE |
|---|---|---|---|---|---|
| 1 | | | | Johnson City, TN | Intelligence Analyst |
| 2 | | | | Portland, OR | Intelligence Analyst |
| 3 | | | | Wetumpka, AL | Intelligence Analyst |
| 4 | | | | North Bend, WA | Intelligence Analyst |
| 5 | | | | Alexandria, VA | Intelligence Analyst |
| 6 | | | | Chapin, SC | Intelligence Analyst |
| 7 | | | | Beaverton, OR | Intelligence Analyst |
| 8 | | | | Mechanicsville, VA | Intelligence Analyst |
| 9 | | | | St. Clair Shores, MI | Intelligence Analyst |
| 10 | | | | Fairview Park, OH | Intelligence Analyst |
| 11 | | | | Saginaw, TX | Intelligence Analyst |
| 12 | | | | Overland Park, KS | Intelligence Analyst |
| 13 | | | | Anaheim, CA | Intelligence Analyst |
| 14 | | | | Martinez, CA | Intelligence Analyst |
| 15 | | | | New York, NY | Intelligence Analyst |
| 16 | | | | Camas, WA | Intelligence Analyst |
| 17 | | | | Pembroke Pines, FL | Intelligence Analyst |
| 18 | | | | Battle Ground, WA | Intelligence Analyst |
| 19 | | | | Evansville, IN | Intelligence Analyst |
| 20 | | | | Arlington, VA | Intelligence Analyst |
| 21 | | | | San Antonio, TX | Intelligence Analyst |
| 22 | | | | Arlington, VA | Intelligence Analyst |
| 23 | | | | Iving, TX | Intelligence Analyst |
| 24 | | | | Gilroy, CA | Intelligence Analyst |
| 25 | | | | Chantilly, VA | Intelligence Analyst |
| 26 | | | | Owens Cross Roads, AL | Intelligence Analyst |
| 27 | | | | Grand Rapids, MI | Intelligence Analyst |
| 28 | | | | Meridianville, AL | Intelligence Analyst |
| 29 | | | | Vienna, VA | Intelligence Analyst |
| 30 | | | | Melbourne, FL | Intelligence Analyst |
| 31 | | | | Arvada, CO | Intelligence Analyst |
| 32 | | | | Upper Marlboro, MD | Intelligence Analyst |
| 33 | | | | Phoenix, AZ | Intelligence Analyst |
| 34 | | | | Knoxville, TN | Intelligence Analyst |
| 35 | | | | San Jose, CA | Intelligence Analyst |
| 36 | | | | Lenexa, KS | Intelligence Analyst |
| 37 | | | | Meridianville, AL | Intelligence Analyst |
| 38 | | | | Springville, VA | Intelligence Analyst |
| 39 | | | | Washington, DC | Intelligence Analyst |
| 40 | | | | Elkton, MD | Intelligence Analyst |
| 41 | | | | Aston, PA | Intelligence Analyst |
| 41 | | | | Owings Mills, MD | Intelligence Analyst |
| 43 | | | | Mentor, OH | Intelligence Analyst |
| 44 | | | | Columbia, MD | Intelligence Analyst |
| 45 | | | | White Plains, NY | Intelligence Analyst |
| 46 | | | | Reston, VA | Intelligence Analyst |

| 47 | | Keller, TX | Intelligence Analyst |
|----|---|-----------|---------------------|
| 48 | | Golden, CO | Intelligence Analyst |
| 49 | | Montclair, CA | Intelligence Analyst |
| 50 | | Alexandria, VA | Intelligence Analyst |
| 51 | | Manassas, VA | Intelligence Analyst |
| 52 | | North Ridgeville, OH | Intelligence Analyst |
| 53 | | Columbia, SC | Intelligence Analyst |
| 54 | | Tacoma, WA | Intelligence Analyst |
| 55 | | Bellevue, WA | Intelligence Analyst |
| 56 | | Pasadena, MD | Intelligence Analyst |
| 57 | | Reston, VA | Intelligence Analyst |
| 58 | | Glen Burnie, MD | Intelligence Analyst |
| 59 | | Darlington, MD | Intelligence Analyst |
| 60 | | Fredericksburg, VA | Intelligence Analyst |
| 61 | | Washingtonville, NY | Intelligence Analyst |
| 62 | | Sterling, VA | Intelligence Analyst |
| 63 | | Marlton, NJ | Intelligence Analyst |
| 64 | | Brookfield, WI | Intelligence Analyst |
| 65 | | Miami, CA | Intelligence Analyst |
| 66 | | Denver, IL | Intelligence Analyst |
| 67 | | Lexington, SC | Intelligence Analyst |
| 68 | | Saint Francis, WI | Intelligence Analyst |
| 69 | | Coral Springs, FL | Intelligence Analyst |
| 70 | | Fairport, NY | Intelligence Analyst |
| 71 | | Liberty Hill, TX | Investigative Specialist |
| 72 | | Las Vegas, NV | Investigative Specialist |
| 73 | | Cicero, IN | Investigative Specialist |
| 74 | | Las Vegas, NV | Investigative Specialist |
| 75 | | Manassas, VA | Investigative Specialist |
| 76 | | Charlotte, NC | Investigative Specialist |
| 77 | | Marietta, GA | Investigative Specialist |
| 78 | | Brooklyn, NY | Investigative Specialist |
| 79 | | Minneapolis, MN | Investigative Specialist |
| 80 | | Charlton, NY | Investigative Specialist |
| 81 | | Albuquerque, NM | Investigative Specialist |
| 82 | | Huntington Beach, CA | Investigative Specialist |
| 83 | | St Clair Shores, MI | Investigative Specialist |
| 84 | | Coconut Creek, FL | Investigative Specialist |
| 85 | | Chicago, IL | Investigative Specialist |
| 86 | | Hayward, CA | Investigative Specialist |
| 87 | | Humble, TX | Investigative Specialist |
| 88 | | Bristol, RI | Investigative Specialist |
| 89 | | Zephyrhills, FL | Investigative Specialist |
| 90 | | Lexington, SC | Investigative Specialist |
| 91 | | Pembroke Pines, FL | Staff Operations Specialist |
| 92 | | Arlington, TX | Staff Operations Specialist |
| 93 | | Owings Mills, MD | Staff Operations Specialist |

PUBLIC VERSION

| 94 | | Mount Kisco , NY | Staff Operations Specialist |
|---|---|---|---|
| 95 | | Los Angeles, CA | Staff Operations Specialist |
| 96 | | El Paso, TX | Staff Operations Specialist |
| 97 | | Farmington Hills, MI | Staff Operations Specialist |
| 98 | | Miramar, FL | Staff Operations Specialist |
| 99 | | Los Angeles, CA | Staff Operations Specialist |
| 100 | | Arvada, CO | Staff Operations Specialist |
| 101 | | Stanwood, WA | Staff Operations Specialist |
| 102 | | Moreno Valley, CA | Staff Operations Specialist |
| 103 | | El Paso, TX | Staff Operations Specialist |
| 104 | | Medina, OH | Staff Operations Specialist |
| 105 | | Springville, VA | Staff Operations Specialist |
| 106 | | Pembroke Pines, FL | Staff Operations Specialist |
| 107 | | Hemet, CA | Staff Operations Specialist |
| 108 | | Redlands, CA | Staff Operations Specialist |
| 109 | | Shelby Township, MI | Staff Operations Specialist |
| 110 | | Charlotte, NC | Staff Operations Specialist |
| 111 | | Madison, MS | Staff Operations Specialist |
| 112 | | Yonkers, NY | Staff Operations Specialist |
| 113 | | Levittown, NY | Staff Operations Specialist |
| 114 | | Pensacola, FL | Staff Operations Specialist |
| 115 | | Durham, NH | Staff Operations Specialist |
| 116 | | Grapevine, TX | Staff Operations Specialist |
| 117 | | Kansas City, MO | Staff Operations Specialist |
| 118 | | Mt Pleasant, SC | Staff Operations Specialist |
| 119 | | Davie, FL | Staff Operations Specialist |
| 120 | | Wyoming, MI | Staff Operations Specialist |
| 121 | | Owings Mills, MD | Staff Operations Specialist |
| 122 | | McAllen, TX | Victim Specialist |
| 123 | | Rapid City, SD | Victim Specialist |
| 124 | | Lowell, MA | Victim Specialist |
| 125 | | Longmont, CO | Victim Specialist |
| 126 | | Bend, OR | Victim Specialist |
| 127 | | Tampa, FL | Victim Specialist |
| 128 | | Rapid City, SD | Victim Specialist |
| 129 | | Collierville, TN | Victim Specialist |
| 130 | | Henrico, VA | Victim Specialist |
| 131 | | Glen Ridge, NJ | Victim Specialist |
| 132 | | Silver Spring, MD | Victim Specialist |
| 133 | | Santa Teresa, NM | Victim Specialist |
| 134 | | Gallup, NM | Victim Specialist |
| 135 | | Georgetown, TX | Victim Specialist |
| 136 | | Camino, CA | Victim Specialist |
| 137 | | Edinburg, TX | Language Specialist |
| 138 | | Rockaway, NY | Language Specialist |
| 139 | | Orlando, FL | Language Specialist |
| 140 | | Georgetown, TX | Language Specialist |

PUBLIC VERSION

| 141 | | Jamaica, NY | Language Specialist |
|---|---|---|---|
| 142 | | Montebello, CA | Language Specialist |
| 143 | | Herriman, UT | Language Specialist |
| 144 | | Pharr, TX | Language Specialist |
| 145 | | Pembroke Pines, FL | Language Specialist |
| 146 | | Philadelphia, PA | Language Specialist |
| 147 | | Woodhaven, NY | Language Specialist |
| 148 | | Gresham, OR | Language Specialist |
| 149 | | Waldorf, MD | Surveillance Specialist |
| 150 | | Orange, NJ | Surveillance Specialist |
| 151 | | Mission Viejo, CA | Surveillance Specialist |
| 152 | | Ontario, CA | Surveillance Specialist |
| 153 | | Missouri City, TX | Surveillance Specialist |
| 154 | | Pocatello, ID | English Monitor Analyst |

**PUBLIC VERSION**

# EXHIBIT B

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/5/2033

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                11 April 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *ct seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 04/06/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        4/3/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature

Date    4/6/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:         4/21/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 04/03/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     5/1/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

     I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

**Name (Please Print):**

     **Signature:**

     Date:       4-4-2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████████

Signature: ███████████████████████

Date: 4/3/23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date: 3/31/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/4/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    3/30/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: 1 May 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                          03/30/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ██████████████████████

Signature: ██████████████████████

Date: 5/3/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 4/18/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:            4/3/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████████████

Signature: ████████████████████████

Date: 3 April 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date: 5 April 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

      I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4/3/23

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████

Signature: ████████████████

Date: 5/26/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:            04/04/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                    4 - 4 - 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date:   4 3 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims

Name (Please Print):

Signature:

Date:     5/8/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4-2-2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:          3 |3| |73

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: 04/24/2023

## <u>EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT</u>
## <u>AND OTHER FEDERAL LAWS</u>
## <u>PLEASE TYPE OR PRINT CLEARLY</u>

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 5/8/2023

<u>**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**</u>

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                5/1/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

**Name (Please Print):**

**Signature:**

**Date:**    4-6-2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4/2/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 3/31/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████

Signature: ███████████

Date: 4/4/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

     I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:     03/31/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date:          01/2/23

### EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  2 MAY 23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    04/11/2023

PUBLIC VERSION

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4/8/2015



## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 1 April 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4/11/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: April 7, 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     8 May 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████████████

Signature: ████████████████████████

Date:  4-6-23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        4 | 10 | 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    04-22-2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████████

Signature: ████████████████████

Date:          2 April 2023

PUBLIC VERSION

<u>EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT</u>
<u>AND OTHER FEDERAL LAWS</u>
<u>PLEASE TYPE OR PRINT CLEARLY</u>

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████████

Signature: ███████████████████████

Date: _APRIL 3, 2023_____

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature

Date:                5/1/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: 04/03/2023

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████████

Signature: ███████████████████████

Date: ___8/10/2015___

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*
("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case
does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Signature: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Date: 4/3/2023

### EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print)

Signature:

Date:  May 9, 2023__

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4/5/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:          April 26, 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 05|11|2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 5/4/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*
("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case
does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4/10/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/7/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        5/1/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 7. 31. 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    11 April 23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        04/13/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                 4/19/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date.    13  April  2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                    04/05/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature:

Date:       4/23/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████████

Signature: ████████████████████

Date: 4/17/23

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    5-10-23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        04/09/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    5 / 30 / 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    April 12, 2023

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████████

Signature: _____

Date: _____5/9/23_____

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 4/5/23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                   March 31, 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:  03/31/23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: _____ 4/3/2023 _____

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the **Fair Labor Standards Act**, 29 U.S.C. § 201, *et seq.*
("FLSA"), and other federal laws, to recover back pay, liquidated damages and other **relief from the United States**. If this case
does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        04/03/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 05-09-2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                          3/29/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4-5-2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████████

Signature: ███████████████████████

Date:  4|10|2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:             4/10/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4/2/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

**Name (Please Print):**

Signature:

Date:        April 16, 2023

### EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4 / 10 / 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                4/4/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    3/28/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Signature: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Date: ___5|2|2023_____

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): █████████████████████

Signature:

Date: 4-10-2023

PUBLIC VERSION

# EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     4|14|2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: _____4/10/2023_____

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
#### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  5| 12| 23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                14 April 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     4 - 5 - 2 6 2 3

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 4-1-23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
#### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:             4/3/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  05-09-2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: 4/3/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:            4/5/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date: 04/19/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 5/1/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 05/11/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        01/04/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): █████████████████

Signature: █████████████████

Date: 4|4|2023

PUBLIC VERSION

### EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

      I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 4/27/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:         4/10/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                 4/5/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4/7/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 4-5-23

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:     3/31/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                 04/03/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): █████████████████

Signature: █████████████████

Date: 4/3/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4 - 11 - 2023

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date.    3/23/23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: 4/4/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     4/6/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:         1/12/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 3/15/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     7/14/23

<u>EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY</u>

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:    4-9-23

PUBLIC VERSION

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/18/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ██████████████████

Signature: ██████████████████

Date:    4-3-2023

### EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/11/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮

Date:    4/14/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: 4/18/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  6 April 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 5/1/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

      I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: April 4, 2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 04 12 2023

MAY-09-2023  11:19      FBI GALLUP RA                                    P.003

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:         5/9/2023

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:     5/13/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date: *12 Apr 2023*

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:                 4 - 6 - 23

PUBLIC VERSION

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████████

Signature: ███████████████████

Date: 04/05/23

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 04/12/23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
### AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  4-3-2023

APR-17-2023  09:27                                                      P.005

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:    04/05/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        4/7/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

      I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:          4 / 3 / 23

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: 4/5/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:              04/21/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date: _April 20, 2023_

EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ███████████████

Signature: ███████████████

Date: _____4/10/2023_____

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS
## PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:     4/7/23

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT**
**AND OTHER FEDERAL LAWS**
**PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ████████████████████

Signature: ████████████████████

Date: 4/24/2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:  04 / 06 / 2023

**EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
AND OTHER FEDERAL LAWS
PLEASE TYPE OR PRINT CLEARLY**

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): 

Signature: 

Date:    04/03/2023

4/4/23, 8:45 AM                                    2023-04-03_021696-4.jpg

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:            04/03/2025

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT
## AND OTHER FEDERAL LAWS PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print): ▮▮▮▮▮▮▮▮
Signature: ▮▮▮▮▮▮▮▮▮▮
Date: 04/05/2023

## EMPLOYEE CONSENT TO BE A CLAIMANT IN LITIGATION UNDER THE FAIR LABOR STANDARDS ACT AND OTHER FEDERAL LAWS
### PLEASE TYPE OR PRINT CLEARLY

I hereby consent to be a plaintiff and claimant in litigation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and other federal laws, to recover back pay, liquidated damages and other relief from the United States. If this case does not proceed, I consent to join any other civil action to assert the foregoing and other related claims.

Name (Please Print):

Signature:

Date:        04/02/2023

**PUBLIC VERSION**

## CERTIFICATE OF SERVICE

Pursuant to Rule 4 of the Rules of the United States Court of Federal Claims, service of this complaint on Defendant United States of America and the Attorney General of the United States will be effectuated by the Clerk of the Court.